UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRIYA HARRIRAM,

                        Plaintiff,

                v.

JOSPEH L. FERA; DAWN EWING-MORGAN;
BRIDGET BARBERA; ERIC WAHSINGTON;
LEHAMN COLLEGE; CITY UNIVERSITY OF
NEW YORK,

                        Defendants.

1:22-CV-3356 (RA)

ORDER OF SERVICE

---

RONNIE ABRAMS, United States District Judge:

      Plaintiff Priya Harriram, who appears *pro se*, brings this action asserting claims under Titles VII and IX of the Civil Rights Act of 1964, as well as claims under state law. She sues: (1) Joseph L. Fera, a Lehman College professor; (2) Dawn Ewing-Morgan, a Lehman College official; (3) Bridget Barbera, a Lehman College official; (4) Eric Washington, a Lehman College official; (5) Lehman College; and (6) the City University of New York.

      By order dated May 25, 2022, the court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis* ("IFP"). The Court directs service on the defendants.

      Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served summonses and the complaint until the Court reviewed the complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date summonses are issued.

all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

If the complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

To allow Plaintiff to effect service on the defendants through the U.S. Marshals Service, the Clerk of Court is respectfully instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each defendant. The Clerk of Court is further instructed to mail an information package to Plaintiff, and to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon the defendants.

SO ORDERED.

Dated:   June 7, 2022
         New York, New York

                                                _____
                                                RONNIE ABRAMS
                                                United States District Judge

**DEFENDANTS AND SERVICE ADDRESSES**

1. Joseph L. Fera
   Lehman College
   250 Bedford Park Boulevard West
   Grillet Hall, Room 230
   Bronx, New York 10468

2. Dawn Ewing-Morgan
   Lehman College
   250 Bedford Park Boulevard West
   Shuster Hall, Room 230
   Bronx, New York 10468

3. Bridget Barbera
   Lehman College
   250 Bedford Park Boulevard West
   Shuster Hall, Room 350
   Bronx, New York 10468

4. Eric Washington
   Lehman College
   250 Bedford Park Boulevard West
   Shuster Hall, Room 230
   Bronx, New York 10468

5. Lehman College
   250 Bedford Park Boulevard West
   Shuster Hall, Room 350
   Bronx, New York 10468

6. City University of New York
   205 East 42nd Street, 11th Floor
   New York, New York 10017