USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/08/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIYA HARRIRAM,

                Plaintiff,

v.

JOSEPH L. FERA, DAWN EWING-MORGAN, BRIDGET BARBERA, ERIC WASHINGTON, LEHMAN COLLEGE, and CITY UNIVERSITY OF NEW YORK,

                Defendants.

22-CV-3356 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    It is hereby ordered that this case is withdrawn from the Court-annexed mediation program.

SO ORDERED.

Dated:    June 8, 2022
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge