USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRIYA HARRIRAM,

           Plaintiff,

    v.

JOSEPH L. FERA, DAWN EWING-MORGAN, BRIDGET BARBERA, ERIC WASHINGTON, LEHMAN COLLEGE, and CITY UNIVERSITY OF NEW YORK,

           Defendants.

No. 22-CV-3356 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On November 14, 2022, Plaintiff Priya Harriram, proceeding *pro se*, filed a related action against the City University of New York, Lehman College, Bridget Barbera, and Susan Ebersole. *Harriram v. City Univ. of New York*, No. 22-cv-9712 (RA) ("*Harriram III*"). Having already appeared in this instant action, the City University of New York, Lehman College, and Bridget Barbera are directed to inform the Court whether they waive service in *Harriram III*.

SO ORDERED.

Dated:    December 23, 2022
             New York, New York

_____
Ronnie Abrams
United States District Judge