**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
PRIYA HARRIRAM,

                Plaintiff,

-against-                                     22 **CIVIL** 3356 (RA)

## **JUDGMENT**

JOSEPH LUIS FERA, DAWN EWING-MORGAN,
BRIDGET BARBERA, ERIC WASHINGTON,
LEHMAN COLLEGE, and CITY UNIVERSITY OF
NEW YORK,

                Defendants.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated June 30, 2023, Defendants' motion to dismiss on the basis of res judicata is granted; accordingly, the case is closed.

**Dated:** New York, New York

      August 7, 2023

                                                          **RUBY J. KRAJICK**

                                                           **Clerk of Court**

               **BY:**        *K. Mango*

                                                          **Deputy Clerk**